| PROB 22 Rev. 2/88 | | DOCKET NUMBER(Tran.Ct) 04-20915-CR-KING |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Rec.Ct) 05-10252 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Gudielo Amparo Vazquez-Alzate<br>127 Prospect Street<br>Revere, MA 02151 | DISTRICT<br>Southern District of Florida | DIVISION<br>Miami |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable James Lawrence King<br>Senior United States District Judge, Miami, FL | |
| SD/FL PACTS No. 83087 | DATES OF PROBATION SUPERVISED RELEASE | FROM 12/22/04 | TO 12/21/07 |

OFFENSE: Fraud and Misuse of Visas, Permits, and Other Documents, in violation of Title 18, U.S.C. § 1546(a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Massachusetts</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-22-05                                     /s/ James Lawrence King
_____                                _____
Date                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MASSACHUSETTS</u>

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 14, 2005                               /s/ William G. Young
_____                          _____
Effective Date                              United States District Judge